AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Anton HURSTON | ) | |
| | ) | 3:26 mj 048 |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 31, 2026_____ in the county of _____Montgomery_____ in the _____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 USC s. 922(g)(1) and 924(a)(8) | felon in possession of a firearm that moved in interstate commerce |

This criminal complaint is based on these facts:

See Attached Affidavit of Timur J. Housum

☑ Continued on the attached sheet.

_Timur J. Housum_
_Complainant's signature_

Timur J. Housum, SA of the ATF
_Printed name and title_

Sworn to by reliable electronic means -- namely, telephone.

Date: __2/2/2026__

_Judge's signature_

City and state: _____Dayton, Ohio_____

Caroline H. Gentry, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Timur J. Housum ("Affiant"), being duly sworn, depose and state the following:

1.     I have been employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July of 2015.  As a part of my training with the ATF, I graduated from the Federal Law Enforcement Training Center, Criminal Investigator School, located in Glynco, Georgia.  I graduated from the ATF Special Agent Basic Training Academy, located in Glynco, Georgia, in February of 2016. I am currently assigned to a Violent Offender Crime Task Force that investigates criminal organizations in the Southern Judicial District of Ohio.   Prior to my employment with ATF, I was an Officer with the Uniformed Division of the United States Secret Service and was employed in this position from February of 2011 through July of 2015 where I received additional training. I have been involved in numerous investigations of Federal firearms and narcotic violations.  These investigations have resulted in the arrest and conviction of criminal defendants.

2.     I make this affidavit in support of a criminal complaint and arrest warrant for **Anton HURSTON,** for violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (felon in possession of a firearm that moved in interstate commerce).

3.     18 U.S.C. § 922(g)(1) prohibits any person who has previously been convicted of a felony offense—*i.e.*, an offense punishable by imprisonment for a term exceeding one year—from possessing any firearm or ammunition in and affecting interstate commerce.

4.     I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews and reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

5.     On or about January 31, 2026, at approximately 11:55pm, Dayton Police Officers, while on routine patrol in the Central Business District of Dayton, Ohio, observed an individual, later identified as Anton HURSTON, riding a bicycle south on North Perry Street towards West First Street. Officers stated they observed HURSTON on the bicycle travelling down the street of North Perry with no rear lamp emitting either a flashing or steady red light visible from a distance of five hundred feet as required by state law. Officers also observed HURSTON fail to yield at a red light and therefore conducted traffic stop near the intersection of West First Street and North Wilkinson Street, Dayton, Ohio.

6.     Officers made contact with HURSTON and informed him of the reason for the stop. When Officers asked HURSTON if he was armed, he responded that he was not.  While officers continued their interactions with HURSTON, HURSTON began moving his hands

1

towards his waist band. Given his movements, officers conducted a pat down of HURSTON for their safety. While conducting the pat down of HURSTON, officers located a high-capacity pistol magazine in his waist band near his back. HURSTON admitted to officers he lied about having a firearm and told officers it was on his right hip. Officers placed HURSTON in handcuffs. A loaded black pistol was retrieved from HURSTON's right hip. The firearm was further identified as a Taurus, model PT111 G2, 9mm caliber pistol bearing serial number TJU40848. The Taurus was loaded with 17 rounds in the magazine as well as one round in the chamber that had to be cleared by officers on scene. Officers contacted their records department to check if the firearm was reported stolen. Records identified the firearm recovered from HURSTON had been reported stolen in 2017.

7.      Anton HURSTON was arrested without incident and transported down to the Montgomery County Jail for processing. After escorting HURSTON into the county jail officers conducted a cruiser check per policy to check for any contraband that HURSTON may have concealed during transport. Upon conducting this check, officers located a crystal rocklike substance in a twisted clear plastic bag, laying on the floorboard where HURSTON was seated. A review of the video recording in the backseat of the cruiser revealed HURSTON physically forcing his hands, that were cuffed behind his back, to the front left side of his jacket. HURSTON appeared to do this multiple times to reach something from his left coat pocket. The video captured HURSTON retrieved the above-described substance and threw it to the ground. HURSTON then proceeded to shove it with his feet under the partition in the cruiser. The crystal rocklike substance weighed 3.73 grams, and a lab test was requested by officers.

8.      Your affiant conducted a criminal record check related to HURSTON. The records revealed that HURSTON had been previously convicted of an offense punishable by greater than one year in prison based on a review of certified conviction documents. Specifically, HURSTON was convicted on or about July 27, 2017, in the United States District Court for the Southern District of Ohio, of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Given that HURSTON received 41-months of imprisonment on that charge, he knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

9.      A records check also identified that HURSTON had an active temporary restraining order issued by Montgomery County Sheriff's Office on October 6, 2023, with an expiration of October 6, 2028.

10.     Your affiant contacted S/A Chris Reed, an ATF Interstate Nexus agent who confirmed the listed firearm: a Taurus, model PT111 G2, 9mm caliber pistol bearing serial number TJU40848 was made outside of the state of Ohio. The firearm therefore moved in interstate commerce to reach this state.

2

11.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that on or about January 31, 2026, Anton HURSTON was a felon in possession of a firearm that moved in interstate commerce.

**Further affiant sayeth naught.**

*Timur J. Housum*

**Timur J. Housum**
**Special Agent, ATF**
**Cincinnati, Ohio**

by telephone

**Subscribed and sworn to before me on this 2nd day of February 2026.**

**Honorable Caroline H. Gentry**
**United States Magistrate Judge**

3